MARY K. GREGORIUS, Appellant, *v.* THE CITY OF CORNING, Respondent.

*Gregorius* v. *City of Corning*, 140 App. Div. 701, affirmed.
(Argued October 30, 1912; decided November 19, 1912.)

APPEAL from a judgment entered January 23, 1911, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant dismissing the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff

through the negligence of defendant in failing to keep its streets in proper repair.

*Frank J. Saxton* for appellant.

*James O. Sebring* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, WERNER, WILLARD BARTLETT, HIS-COCK, CHASE and COLLIN, JJ. Absent: CULLEN, Ch. J.